AO 440 (Rev. 12/09) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Southern District of Florida

| | |
|---|---|
| ROCKY TYRONE GONET, <br> *Plaintiff* <br> v. <br> ABOVEGROUND MARKETING, LLC, dba BACKYARDS OF KEY WEST GALLERY, <br> *Defendant* | ) ) ) ) ) ) ) ) Civil Action No.  4:23-cv-10078-KMM |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*  ABOVEGROUND MARKETING, LLC, dba BACKYARDS OF KEY WEST GALLERY
Please Serve Registered Agent:
Mark Eric Baratto
3749 Duck Ave,
Key West, FL 33040

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:   JOEL B. ROTHMAN
SRIPLAW
21301 Powerline Road
Suite 100
Boca Raton, FL  33433
joel.rothman@sriplaw.com

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.



Angela E. Noble
Clerk of Court

Date: Sep 19, 2023

**SUMMONS**

s/ N. Cubic
Deputy Clerk
U.S. District Courts